**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01145-CV

## IN THE INTEREST OF J.A.K. AND J.W.K., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11304**

## ORDER

By letter filed October 11, 2018, court reporter Elizabeth Neve Griffin informed the Court no party had discussed with her "the specific dates to be included" in the reporter's record "or any payment." That same day, we directed appellants to file, within ten days, written verification they had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee. Although we cautioned appellants that failure to comply could result in the appeal being submitted without the reporter's record, they have not responded. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record.

As the clerk's record has been filed, we **ORDER** appellants to file their brief no later than November 20, 2018.

/s/      DAVID EVANS
             JUSTICE